


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
FEBRUARY 4, 2025 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:25-cr-00022
     21 U.S.C. § 841(a)(1)
     18 U.S.C. § 2
     18 U.S.C. § 922(g)(1)
     18 U.S.C. § 924(a)(8)
     18 U.S.C. § 924(c)(1)(A)

JOSHUA MASON TROTTER
CAREY ANN TROTTER
  also known as "Carey Ann Metz-Wood"

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

On or about July 1, 2024, at or near Crab Orchard, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendants JOSHUA MASON TROTTER and CAREY ANN TROTTER, also known as "Carey Ann Metz-Wood," aided and abetted by each other, knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a quantity of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-

piperidinyl]propanamide(p-Fluorofentanyl), also known as "Parafluorofentanyl," a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

1. On or about July 1, 2024, at or near Crab Orchard, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendants JOSHUA MASON TROTTER and CAREY ANN TROTTER, also known as "Carey Ann Metz-Wood," knowingly possessed firearms, that are, a loaded Glock, model 21, .45 caliber pistol and a CBC, model 817, .17 caliber rifle, in and affecting interstate commerce.

2. At the time defendant JOSHUA MASON TROTTER possessed the aforesaid firearms, he knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about November 29, 2017, in the Circuit Court of Kanawha County, West Virginia, of conspiracy to commit possession with intent to deliver methamphetamine, in violation of W. Va. Code § 61-10-31.

3. At the time defendant CAREY ANN TROTTER, also known as "Carey Ann Metz-Wood," possessed the aforesaid firearms, she knew she had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about January 3, 2017, in the Circuit Court of Raleigh County, West Virginia, of Delivery of Oxycodone, in violation of W. Va. Code § 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT THREE**

On or about July 1, 2024, at or near Crab Orchard, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendants JOSHUA MASON TROTTER and CAREY ANN TROTTER, also known as "Carey Ann Metz-Wood," did knowingly possess firearms, to-wit, a loaded Glock, model 21, .45 caliber pistol and a CBC, model 817, .17 caliber rifle, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a quantity of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (p-Fluorofentanyl), also known as "Parafluorofentanyl," a Schedule I controlled substance in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JUDSON C. MACCALLUM
Assistant United States Attorney